## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
**2500 Tulare Street**
**Fresno, CA 93721**

FILED

JAN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk, USDC, Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

# CV 08     0278 CW

RE:         **JEREMY NOTMAN vs. THE PEOPLE OF THE STATE OF CALIFORNIA**
USDC No.:   **1:07−CV−01898−AWI−DLB**

**(PR)**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
January 09, 2008 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 4.**

   Documents maintained electronically by the district court are accessible through
   PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

                          Very truly yours,

**January 9, 2008**        /s/ **C. Esteves**
                          _____
                          Deputy Clerk

RECEIVED BY:    _____
                          Please Print Name

DATE RECEIVED:  _____

NEW CASE
NUMBER:         _____

1

2

3

4

5

6                                                                    **(PR)**

7

8              IN THE UNITED STATES DISTRICT COURT        **CW**

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10                   **CV  08        0278**

11   JEREMY NOTMAN,                        1:07-cv-01898-AWI-DLB (HC)

12          Petitioner,

13      vs.                               <u>ORDER OF TRANSFER</u>

14   THE PEOPLE OF THE STATE

15   OF CALIFORNIA,

16          Respondent.

17   _____/

18          Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

19   U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20          The federal venue statute requires that a civil action, other than one based on diversity

21   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

22   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

23   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

24   situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which

25   the action may otherwise be brought." 28 U.S.C.  §  1391(b).

26          In this case, the petitioner is challenging a conviction from Humboldt County, which is in the

27   Northern District of California.  Therefore, the petition should have been filed in the United States

28   District Court for the Northern District of California.  In the interest of justice, a federal court may

1  transfer a case filed in the wrong district to the correct district. <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v.</u>

2  <u>McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

3       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

4  District Court for the Northern District of California.

5

6       IT IS SO ORDERED.

7       Dated:   __**January 9, 2008**__          _____/s/ **Dennis L. Beck**_____

8                                                   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AO 241   (Rev. 5/85)

08-278CW    570

DEC 28 2007

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

(PR)

| **United States District Court** | District | Northern |
|---|---|---|

| Name    Jeremy Notman | Prisoner No. | Case No. |
|---|---|---|

CV 08    0278    CW

| Place of Confinement | CSATF/SP, Corcoran II State Prison |
|---|---|

900 Quebec Ave. - P.O. Box 5248
Corcoran, CA. 93212

1:07 CV 01898   AWI  DLB  HC

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Jeremy Notman | The People of the State of California |
| | v. |

FILED

JAN 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| The Attorney General of the State of: | California |
|---|---|

## PETITION

1. Name and location of court which entered the judgment of conviction under attack    Humboldt County
Superior Court, 825 Fifth Street, Eureka, CA. 95501

2. Date of judgment of conviction    Original Conviction: 07-18-2002; V.O.P. (Revocation): 07-07-2005

3. Length of sentence    6 years (Upper Term)

4. Nature of offense involved (all counts)    Endangerment of a child; Criminal Negligence.

_____

_____

_____

5. What was your plea? (Check one)
   (a) Not guilty          ☐
   (b) Guilty              ☐
   (c) Nolo contendere     ☒
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury          ☐
   (b) Judge only    ☒

7. Did you testify at the trial?
   Yes  ☐    No  ☒

8. Did you appeal from the judgment of conviction?
   Yes  ☒    No  ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

    (a) Name of court   Court of Appeal, First Appellate District, Division two

    (b) Result     Original Judgement Affirmed

    (c) Date of result and citation, if known   · 07-26-2006

    (d) Grounds raised     (01) (Wende Brief) Structure of Imposed Sentence. (02) The direct and in-direct

       consequences of my plea. (03) My right to appeal on Waiver and Harmless error.

    (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

        (1) Name of court

        (2) Result

        (3) Date of result and citation, if known

        (4) Grounds raised

    (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

        (1) Name of court

        (2) Result

        (3) Date of result and citation, if known

        (4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court   Humboldt County Superior Court of California

        (2) Nature of proceeding    Habeus Corpus Petition

        (3) Grounds raised    The Court Trial Judge Violated my 5th, 6th, and 14th amendment rights of due

       process, in the imposition of the upper term the Judge imposed, te-which no jury found Facts

AO 241   (Rev. 5/85)

true of aggravating circumstance ( Facts of the Offense) That the Judge exceeded his authority

(under the Federal Sentencing Guidlines) to find any and all facts true in a court "Deal" knowing

a Jury would not be used. Etc.

    (4)  Did you receive an evidentiary hearing on your petition, application or motion?
       Yes  ☐   No  ☒

    (5)  Result    Denied (Copy of order attached, 2-pages)

    (6)  Date of result    06-29-2007

 (b)  As to any second petition, application or motion give the same information:

    (1)  Name of court    Court of Appeal of the State of California, First Appellate District, division-2

    (2)  Name of proceeding    Habeus Corpus Petition

    (3)  Grounds raised    Same as 11 (a) (3) of this petition.

    (4)  Did you receive an evidentiary hearing on your petition, application or motion?
       Yes  ☐   No  ☒

    (5)  Result    Denied ( Copy of order attached, 1-page)

    (6)  Date of result    08-14-2007

 (c)  Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1)  First petition, etc.      Yes ☒  No ☐
    (2)  Second petition, etc.    Yes ☒  No ☐

 (d)  If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12.  State *concisely* every ground on which you claim that you are being held unlawfully.  Summarize *briefly* the *facts*
supporting each ground.  If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court
remedies as to each ground on which you request action by the federal court.  If you fail to set forth all grounds in this
petition, you may be barred from presenting additional grounds at a later date.

AO 241    (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A.  Ground one:  The Court Trial Judge violated my 5th, 6th and 14th Amendment rights of Due Process,

in the sentence of the Upper Term imposed to which no Jury found Facts true....(See Attached)

Supporting FACTS (state *briefly* without citing cases or law):  I was sentenced under the California D.S.L.

Sentencing Scheme, which in part resembles the Federal Sentencing Guidelines, with a statute

defining the offense, prescribes three (3) precise prison terms - a lower, middle, and upper

term (the latter of which I was sentenced to) sentence, and controls the Trial Judge choice

to the maximum middle term, unless there are circumstances in mitigation (Facts) or aggravation

of the crime  and these Facts are related to or an element of the charged offense. Any Facts

that increase the precise term are to be found true (Only) by a Jury beyond a reasonable doubt.

(For additional supporting facts, please refer to attached State Writ of Habeas Corpus - MC 275)

B.  Ground two: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

(5)

AO 241    (Rev. 5/85)

C.  Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

D.  Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: ___ *N/A*

_____

_____

14.  Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐    No ☒

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a)  At preliminary hearing  *Public Defender, County of Humboldt,*
                            *Eureka, CA.  95501*

(b)  At arraignment and plea  *same as above  (a)*

_____

AO 241    (Rev. 5/85)

(c) At trial    *Public Defender, County of Humboldt, Eureka, CA. 95521*

(d) At sentencing    *Same as above (c)*

(e) On appeal    *Charles B. Holzhauer, P.O. Box 890, Boonville, CA. 95415 (court appointed)*

(f) In any post-conviction proceeding    *Same as (c)    (Probation revokation)*

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐    No ☒

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐    No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐    No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

*12/19/2007*
_____
Date

_____
Signature of Petitioner

MC–275

Name _Nitman, Jeremy_

Address _CSATF/62B-241L_

_P.O. Box 5248_

_Corcoran, CA. 93212_

CDC or ID Number _V86891_

## Supreme Court of California

_350 Mc Allister St., San Francisco, CA. 94102_
(Court)

PETITION FOR WRIT OF HABEAS CORPUS

_Notman, Jeremy_
Petitioner

vs.

_The People of the State of California_
Respondent

No. _____

(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

**This petition concerns:**

☐ A conviction                    ☐ Parole

☒ A sentence                      ☐ Credits

☐ Jail or prison conditions       ☐ Prison discipline

☐ Other *(specify):* _____

1. Your name:  Jeremy Notman

2. Where are you incarcerated?    CSATF, Corcoran II

3. Why are you in custody?    ☒  Criminal Conviction    ☐  Civil Commitment

   *Answer subdivisions a. through i. to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   Endangerment of a child; Criminal negligence. Allowing a child under my care and custody

   to come to harm.

   b. Penal or other code sections:    273 a(a)

   c. Name and location of sentencing or committing court:    Humboldt County Superior Court; Eureka, CA.

   d. Case number:    CR005240

   e. Date convicted or committed:    Original Conviction 7-18-2002; V.O.P. (Revocation) 7-7-2005

   f. Date sentenced:    7-7-2005

   g. Length of sentence:    Upper Term or six (6) years MAX

   h. When do you expect to be released?    Earliest Possible Release Date is 3-1-2008

   i. Were you represented by counsel in the trial court?    ☒ Yes.    ☐ No. If yes, state the attorney's name and address:

   Public Defender, County of Humboldt, 1001 Fourth Street, Eureka, CA. 95501

4. What was the LAST plea you entered? *(check one)*

   ☐ Not guilty    ☐ Guilty    ☒ Nolo Contendere    ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   ☐ Jury    ☒ Judge without a jury    ☐ Submitted on transcript    ☐ Awaiting trial

"A"

Continue all parts to attached sheet "B"

5. **GROUNDS FOR RELIEF**

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal .ncement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For itional grounds, make copies of page four and number the additional grounds in order.)*

The Court Trial Judge Violated my 5th, 6th, and 14th Amendment rights of Due Process, by Judicial

misconduct and prosecutorial misconduct, in the sentence (Upper Term) the Judge imposed to which

no Jury found Facts true of Aggravating circumstance (Facts of the Offense) That the Judge

exceeded his authority (under the Federal Sentencing Guidelines) to find any and all facts true

Continue to attached sheet 'B'

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

I was sentenced in the City of Eureka, of Humboldt County in the Superior Court of California

by Judge Reinholsten under the California D.S.L. sentencing scheme - which in part resembles

the Federal Sentencing Guidelines - with a statute defining the offense, prescribes three (3)

precise prison terms - a lower, middle and upper term (which I was sentenced to) sentence, and

controls the Trial Judge choice to the maximum middle term, unless there are circumstances in

mitigation (Facts) or aggravation (Facts) of the crimes, and these Facts are related to or an

element of the charged offense, and any Facts that increases the precise term of imprisonment

are found true (Only) by a Jury beyond a reasonable doubt and/or by the admition in a defendant's

guilty plea — does not qualify as such circumstances. I was not given a sentencing hearing

by a Jury to find any aggravating Facts to be true and proven (The Probation Report was not

used at Court until several months later, at the sentencing phase - not at the "Deal" phase

— where it was used to change the lower term agreed upon to the upper term, and based on arrest

records not convictions) in Court. On my original trial I was granted probation with a 6 year

Continue to attached sheet 'B'

b. Supporting cases, rules, or other authority (optional):
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

Cunningham Vs. California - Apprendi Vs. New Jersey, 530.U.S.466(2000) Ring Vs. Arizona, 536.U.S.

584(2002) - Blakely Vs. Washington, 542.U.S.296(2004) - United States Vs. Booker 543.U.S.220(2005)

Blakely 542.U.S. at 303-304 - Sentencing Reform Act Id at 259-264, Jones Vs. United States,

526 U.S.227(1999) - Harris Vs. United States, 536 U.S.545,557-566(2002) - Almenderez-Torres

Attached Sheet "B"

7. Ground 2 or Ground __1__  *(if applicable):*

in a court "Deal" knowing a Jury would not be used. The fact that the probation report was months

later and based mostly on arrest record not convictions, which were not related to or an element

of the crime.

a. Supporting facts:

suspended sentence (The Upper Term aggravating Facts were never stated orally or in writing)

but I was under duress and tryed to take back my plea of Nolo Contendere at sentencing when

I was told the upper term would be imposed – the Court Refused. I did not understand the

consequences of my plea, until I had a violation of probation hearing for Driving on a suspended

license and an alegation of Domestic Violence (Both of which were not related to the original

crime) and the 6 years was imposed (sentence does not fit the crime). I pray upon this Court

as a remedy to impose the statutory maximum middle term and strike the 6 year sentence. I do

not object to the conviction – but to the sentence of the upper term structure.

Thank you

b. Supporting cases, rules, or other authority:

Vs. United States, 523,U.S.224,239-247(1998) – People Vs. Vera (1997) 15.Cal.4th 269,276-277

People Vs. Sanders (1993) 5Cal.4th 580 – Teague Vs. Lane,Supra,489.U.S.at p301 – People Vs.

Homes (1960)54Cal.2d 442-444 –. People Vs. Abbaszadeh (2003) – Saunders – Vallodoli-Vera Rule.

8. Did you appeal from the conviction, sentence, or commitment?   [X] Yes.   [ ] No.  If yes, give the following information:

  a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):
  Court of Appeal, First Appellate District, Division Two

  b. Result ___Original Judgement affirmed___   c. Date of decision: ___7-26-2006___

  d. Case number or citation of opinion, if known: ___A110960___

  e. Issues raised: (1) ___(Wende Brief) Structure of Imposed Sentence___

     (2) ___The Consequences of my Plea___

     (3) ___My rights to appeal on Waiver and Harmless error___

  f. Were you represented by counsel on appeal?  [X] Yes.  [ ] No. If yes, state the attorney's name and address, if known:
  Charles B. Holzhauer, P.O. Box 890, Boonville, CA. 95415

9. Did you seek review in the California Supreme Court?  [ ] Yes  [X] No.  If yes, give the following information:

  a. Result _____   b. Date of decision: _____

  c. Case number or citation of opinion, if known: _____

  d. Issues raised: (1) _____

     (2) _____

     (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:
The United States Supreme Court ruling of Cunningham Vs. California was after my appeal was filed.

11. Administrative Review:

  a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszelski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].)  Explain what administrative review you sought or explain why you did not seek such review:
                               N/A

  b. Did you seek the highest level of administrative review available?  [ ] Yes.  [ ] No.
  *Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court?  [X] Yes. If yes, continue with number 13.  [ ] No. If no, skip to number 15.

13. a. (1) Name of court:   Humboldt County Superior Court of California

    (2) Nature of proceeding (for example, "habeas corpus petition"):   Habeas Corpus Petition

    (3) Issues raised: (a)   The Court Trial Judge violated my 5th, 6th, and 14th amendment

        (b)   rights of due process, in the imposition of the upper term (see 6.,grounds for...)

    (4) Result (Attach order or explain why unavailable):   Denied (copy of order attached, 2 pages)

    (5) Date of decision:   6/29/2007

  b. (1) Name of court   Court of Appeal of California, First Appellate District, Division-2

    (2) Nature of proceeding:   Habeas Corpus Petition

    (3) Issues raised: (a)   Same as 13. a. (3) above.

        (b)

    (4) Result (Attach order or explain why unavailable):   Denied ( Copy of Order Attached, 1-page)

    (5) Date of decision:   08-14-2007

  c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:



15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)
    Under the Supreme Court Ruling of Rita Vs. California and Cunningham Vs. California

    No. 05-6551/1275.Ct.856, new issues/grounds could be raised effecting my sentence structure.

16. Are you presently represented by counsel?  [ ] Yes.  [X] No. If yes, state the attorney's name and address, if known:
    Petitioner requests counsel be appointed for evidentiary hearing if the court grants this writ.



17. Do you have any petition, appeal, or other matter pending in any court?  [ ] Yes.  [X] No. If yes, explain:



18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
    This petition follows the steps in the appeals process.



I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: .

▶                                        _____
                                              (SIGNATURE OF PETITIONER)

*(1)*

FILED

JUL 0 2 2007

SUPERIOR COURT OF CALIFORNIA
COUNTY OF HUMBOLDT

SUPERIOR COURT OF CALIFORNIA, COUNTY OF HUMBOLDT

In the Matter of the Application of

JEREMY NOTMAN

        Petitioner,

For a Writ of Habeas Corpus

NO:   CV070508

ORDER  DENYING  PETITION
OR TRANSFERRING PETITION

The Petition for Writ of Habeas Corpus filed ____June 25, 2007_____, has been read and considered.

    ✓ 1. The Writ of Habeas Corpus is denied for the following reason:

    ____ The vague, unsupported, and conclusionary allegations contained in the Petition are insufficient to allow for intelligent consideration of the issues which Petitioner had attempted to raise. In re Swain (1949) 34 Cal. 2d 300; In re Patton (1918) 178 Cal. 629.

    ____ Petitioner is required to exhaust administrative remedies before seeking relief in the courts. In re Muszalski (1975) 52 Cal.App. 3d 500.

    ____ Petitioner has available remedies at law which have not been exhausted.

    ____ The facts alleged in support of this Writ have been previously considered and the Writ was denied on _____.

    ____ The circumstances described to support the request for issuance of the Writ have changed thereby rendering the Petition moot.

(2)

1 ____ Habeas corpus will not serve as a second appeal or in place of appeal. In re Harris (1993)

2 5 Cal.4th 813; In re Foss (1974) 10 Cal.3d 910; In re Waltreus (1965) 62 Cal.2d 218. Absent strong

3 justification, any issue that was actually raised and rejected on appeal cannot be renewed by habeas

4 corpus and failure to present an issue on appeal will generally preclude its consideration by writ of

5 habeas corpus. In re Harris, supra,; In re Dixon (1953) 41 Cal.2d 756.)

6 ✓  Other. Defendant Notman was committed to COC for six years, execution of which was suspended and granted supervised probation for four years on July 18, 2002. Cunningham v California (2007) 2007 DAILY See Journal DAR 1003, 2007 U.S. Lexis 1324 does not apply to cases final as of Blakely v Washington's (2004) 542

9 ____ 2. This matter is transferred to the Superior Court of _____

10 County. The Court finds that to be the appropriate jurisdiction for the above-mentioned Writ in that the

11 Petitioner is confined in _____ County or the circumstances upon which this

12 Writ is based arise out of _____ County. Griggs v. Superior Court 16 Cal. 3d

13 341.

14 Dated: 6/29/07

16 _Dale Reinholtsen_

17 Judge  DALE A. REINHOLTSEN

18 U.S 296 filing date of June 24, 2004. See People v Amons

19 (2005) 125 Cal. App. 4Th 855, 863-864; Schriro v Summerlin

20 (2004) 542 U.S. 348, 351; Griffin v Kentucky (1987) 479

21 U.S. 314, 328; People v Clair (1992) 2 Cal. 4Th at 629,

22 672, People v Ashmus (1991) 54 Cal. 3d 932, 991; People

23 v. Sisavath (2004) 118 Cal App 4Th 1396, 1400, People v

25 Davis (1997) 57 Cal. App 4Th 1404, 1408, Fn. 6

28

whc.3

COPY

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION TWO

In re JEREMY NOTMAN,

on Habeas Corpus.

A118687

**FILED**
Court of Appeal First Appellate District

**AUG 1 4 2007**

Diana Herbert, Clerk

By_____ Deputy Clerk

(Humboldt County
Super. Ct. No. CV070508)

BY THE COURT:

The petition for writ of habeas corpus is denied.  (See *People v. Amons* (2005) 125
Cal.App.4th 855.)

Dated:  AUG 1 4 2007                    **HAERLE, J.**                Acting P.J.

S156766

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

In re JEREMY NOTMAN on Habeas Corpus

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
**FILED**

OCT 3 1 2007

Frederick K. Ohlrich Clerk

---

Deputy

---

**GEORGE**

Chief Justice

# PROOF OF SERVICE

I, _Robert Trussell_ CCI , CERTIFY AND DECLARE THAT I AM OVER THE AGE OF (18) YEARS, A PARTY TO THE WITHIN ACTION AND A CITIZEN AND OR RESIDENT OF THE UNITED STATES.

I SERVED THE FOLLOWING DOCUMENT(S), _Writ of Habeus Corpus_ . UPON THE PARTIES LISTED BELOW BY PLACING SEALED ENVELOPES IN THE UNITED STATES MAIL HERE AT _Corcoran II state prison_ , CALIFORNIA AS FOLLOWS:

Clerk, US District Court
1130 "O" street, Room 5000
Fresno, CA. 93721

I, _Robert Trussell_ CCI , SWEAR UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AND DATED THIS _19th_ DAY OF _December_ , 20_07_

_____
DECLARANT

Plaintiff's Name: _Jeremy Notman_
CDC No: _V-86291_
Address: _P.O. Box 5248_
_Corcoran, CA. 93212_

FILED

DEC 28 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
~~EASTERN~~ DISTRICT OF CALIFORNIA
_Northern_

| | |
|---|---|
| _Jeremy Notman_    Plaintiff, | APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER |
| =vs.= | CASE NUMBER: |
| _The People of the State of California_    Defendant(s). | 1: 07 CV 0 1 8 9 8   AWI  DLB  HC |

I, _Jeremy Notman_ declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ___ No   (If "no" **DO NOT USE THIS FORM**)

   If "yes" state the place of your incarceration. _Corcoran II State Prison_

**Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed (includes prison employment)?    ___ Yes    ☒ No

   a.    If the answer is "yes" state the amount of your pay. _____

   b.    If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.
   _3 years ago I was attending Community College Full Time and living cheaply on a student Grant + Loan._

3. Have you received any money from the following sources over the last twelve months?

   a.    Business, profession, or other self-employment:    ___ Yes    ☒ No

   b.    Rent payments, interest or dividends:    ___ Yes    ☒ No

   c.    Pensions, annuities or life insurance payments    ___ Yes    ☒ No

d.  Disability or workers compensation payments:  ___ Yes  ☒ No

e..  Gifts or inheritances:  ___ Yes  ☒ No

f.  Any other sources:  ___ Yes  ☒ No

If the answer to any of the above is "yes," describe by that item each source of money. **Also state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.**

4. Do you have cash (includes balance of checking or savings accounts)?  ___ Yes  ☒ No

If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ___ Yes  ☒ No

If "yes" describe the property and state its value: _____

6. Do you have any other assets?  ___ Yes  ☒ No

If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.  Self

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

12 | 19 | 2007
DATE

_____
SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ -5.40 on account to his/her credit at California Substance Abuse Treatment Cali (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ Ø  I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ Ø

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).

12-19-07
DATE

_____  CCI
SIGNATURE OF AUTHORIZED OFFICER

REPORT ID: TS3030  .701

REPORT DATE: 12/10/07
PAGE NO:      1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SATF/SP AT CORCORAN
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 10, 2007

ACCOUNT NUMBER : V86091
ACCOUNT NAME   : NOTMAN, JEREMY
PRIVILEGE GROUP: A

BED/CELL NUMBER: FG02T2000000241L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 2/06/2007 | H118 | LEGAL COPIES HOLD | 3118/11-20 | 5.40 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 5.40 | 0.00 |

CURRENT
AVAILABLE
BALANCE
--------------
5.40-
--------------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED.
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Sacramento Clerk's Office
501 "I" Street , Suite 4–200
Sacramento, CA 95814
916–930–4000

Fresno Clerk's Office
2500 Tulare Street , Suite 1501
Fresno, CA 93721
559–499–5600

**January 4, 2008**

**Case Number:   1:07–CV–01898–AWI–DLB**

**Case Title:   JEREMY NOTMAN,          vs.  THE PEOPLE OF THE STATE OF
                                            CALIFORNIA,**

Dear Litigant,

You are hereby notified that the above case number has been assigned to your
action.   You are to include it on all correspondence (e.g., letters, filings, and inquiries)
sent to the court. Failure to do so results in delayed processing of your documents.

All matters in this action shall be sent to the following address until further notice:

Office of the Clerk
United States District Court
Eastern District of California
2500 Tulare Street , Suite 1501
Fresno, CA 93721

For timely processing of your filings or correspondence, please comply with our
Local Rules of Court, in particular:

**Local Rule 5–133 (modified)** You are **not** required to send this court an original plus one copy of all
documents submitted for filing (e.g., pleadings, motions, correspondence, etc.).   You are **only**
required to send this court the original for filing. **No** extra copies are required. **However**, if you
desire to receive a conformed copy for your records, you must send the original **plus** one (1) copy **and**
a pre–addressed postage–paid envelope for us to return your copy to you.

**Local Rules 30–250, 33–250, 34–250 and 36–250** Discovery requests or responses
should not be submitted to the court unless they are relevant and necessary to support or
oppose a motion at issue before the court.

**Local Rule 5–135** Once the defendant(s) have served a responsive pleading, you are
under an ongoing duty to serve them with copies of all documents you submitted to the court.
A proof of service shall be attached to the original of any document lodged or filed with the
court, showing the date, manner and place of service.  A sample proof of service is
attached.

**Local Rule 7-130 (modified)** Documents submitted to this court may be either typewritten **or** handwritten but **must** be legible, and writing shall be on one (1) side of the page **only**.

**Local Rule 7-132** Every document submitted to the court must include your name, address and prisoner identification number in the upper left hand corner of the first page.

**Local Rules 83-182** Each party appearing in propria persona is under a continuing duty to notify the Clerk and all other parties of any change of address by filing separate notice; absent such notice, service at prior address shall be fully effective. A sample Notice of Change of Address form is attached.

**Other Provisions:**

A complete copy of the Local Rules should be available in the prison library. We do not provide individual copies to litigants.

**Request for Case Status** The court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive **all** court decisions which might affect the status of your case.

**Copy Work** The Clerk's Office does not provide copies of documents to parties. Copies of documents may be obtained from the Attorney's Diversified Service (ADS) by writing to them at: 741 N. Fulton Street, Fresno CA 93728, or by phoning 800-842-2695. The court will provide copies of docket sheets at $0.50 per page. Note: In Forma Pauperis status does not include the cost of copies.

**Proposed Orders** Parties are not required to submit a proposed order when filing a motion. If a proposed order is submitted, the court may disregard the order and prepare its own order.

As noted, the requirements set forth in Local Rule 5-135 and 7-130 have been modified in this letter. These modifications apply to civil rights and habeas cases filed in the Fresno Division of the Eastern District of California by prisoners proceeding pro se (without counsel).

Victoria C. Minor
Clerk of Court
United States District Court

by: /s/ E. Scrivner _____

Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____

v.                                          Case Number:

_____

                                            PROOF OF SERVICE

_____/


    I hereby certify that on _____, I served a copy

of the attached _____,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at

_____ :

(List Name and Address of Each
Defendant or Attorney Served)




    I declare under penalty of perjury that the foregoing is true and correct.


_____

(Signature of Person Completing Service)

Name:_____

I.D. #:_____

Address _____

_____

_____


## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA


_____
(Plaintiff/Petitioner)

v.                                           **Case Number:**

_____
(Defendant(s)/Respondent)

                                            **NOTICE OF CHANGE
                                            OF ADDRESS**

_____ /


**PLEASE TAKE NOTICE THAT (print name)** _____

hereby submits a notice of change of address in the above − entitled case as follows:


**OLD ADDRESS:** _____

_____


**NEW ADDRESS:** _____

_____


DATED: _____          _____

                                            **Signature of Plaintiff/Petitioner**

**YOU MUST FILE AN ORIGINAL CHANGE OF ADDRESS
FORM IN EACH OF YOUR OPEN CASES**

## NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE

## TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS

You are hereby notified in accordance with 28 U.S.C §636(c), F.R.Civ.P.73 and Local

Rule 73-305, the United States Magistrate Judges sitting in Sacramento and Fresno are available

to exercise the court's case dispositive jurisdiction and to conduct any or all case despositive

proceedings in this action, including motions to dismiss, motions for summary judgment, a jury

or nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a Magistrate Judge

is however, permitted only if all parties voluntarily consent. You may, without adverse

substantive consequences, withhold your consent, but this will prevent the court's case

dispositive jurisdiction from being exercised by a Magistrate Judge.

Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United

States Court of Appeals for the Ninth Circuit or, where appropriate, for the Federal Circuit in the

same manner as an appeal from any other judgment of a District Court.

Whether or not the parties consent to pursuant to 28 U.S.C. § 636(c) the assigned

Magistrate Judge will hear all motions except those case dispositive motions set forth in 28

U.S.C. § 636(b)(1)(A).

A copy of the Form for "Consent to / Decline of Jurisdiction of United States Magistrate

Judge" is attached hereto for pro per use and attorney information. This form is available in

fillable .pdf format on the court's web site at www.caed.uscourts.gov for all attorney ECF filers.

This form may be filed through CM/ECF or by pro se litigants at the appropriate Clerk's

Office location.

Office of the Clerk

501 I Street, Room 4-200

Sacramento, CA 95814

Office of the Clerk

2500 Tulare Street , Suite 1501

Fresno, CA 93721

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**JEREMY NOTMAN,**
Plaintiff(s)/Petitioner(s),

vs.

CASE NO. **1:07-CV-01898-AWI-DLB**

**THE PEOPLE OF THE STATE OF CALIFORNIA,**
Defendant(s)/Respondents(s).

*FILED*

JAN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA **(PR)**

**CV 08    0278 CW**

---

**IMPORTANT**
  IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.

---

☐  **CONSENT TO JURISDICTION OF**
**UNITED STATES MAGISTRATE JUDGE**

   In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

   Date: _____      Signature: _____

                                   Print Name: _____
                                     ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
                                   ( ) Counsel for * _____

---

☐  **DECLINE OF JURISDICTION OF**
**UNITED STATES MAGISTRATE JUDGE**

   Pursuant to Title 28, U.S.C Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

   Date: _____      Signature: _____

                                   Print Name: _____
                                     ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
                                   ( ) Counsel for * _____

---

*\*If representing more than one party, counsel must indicate name of each party responding.*

CLOSED, HABEAS, IFP_PENDING

# U.S. District Court
## Eastern District of California - Live System (Fresno)
### CIVIL DOCKET FOR CASE #: 1:07-cv-01898-AWI-DLB

(HC) Notman v. The People of the State of California
Assigned to: Judge Anthony W. Ishii
Referred to: Magistrate Judge Dennis L. Beck
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 12/28/2007
Date Terminated: 01/09/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

CV 08 0278 CW

**Plaintiff**

**Jeremy Notman**

represented by **Jeremy Notman**
V-86091
CALIFORNIA SUBSTANCE ABUSE
TREATMENT FACILITY (5248)
PO BOX 5248
900 Quebec Road
Corcoran, CA 93212-5248
PRO SE

V.

**Defendant**

**The People of the State of California**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2007 | 1 | PETITION for WRIT of HABEAS CORPUS (2254) by Jeremy Notman.(Scrivner, E) (Entered: 01/04/2008) |
| 12/28/2007 | 2 | MOTION to PROCEED IN FORMA PAUPERIS by Jeremy Notman. (Scrivner, E) (Entered: 01/04/2008) |
| 01/04/2008 | 3 | PRISONER NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms) (Scrivner, E) (Entered: 01/04/2008) |
| 01/04/2008 |  | SERVICE BY MAIL: 1 Copy of Petition, and 3 Prisoner New Case Documents for AWI served on Jeremy Notman. (Scrivner, E) (Entered: 01/04/2008) |
| 01/09/2008 | 4 | ORDER, CASE TRANSFERRED to District of CA/Northern, signed by Judge Dennis L. Beck on 1/9/2008. CASE CLOSED.(Esteves, C) (Entered: 01/09/2008) |
| 01/09/2008 |  | SERVICE BY MAIL: 4 Order, Case Transferred Out to Northern District served on Jeremy Notman. (Esteves, C) (Entered: 01/09/2008) |
| 01/09/2008 | 5 | TRANSMITTAL of DOCUMENTS on *1/9/2008* to * Clerk, USDC, Northern District* *450 Golden Gate Avenue* *San Francisco, CA 94102*. ** *Electronic Documents: 1 to 4. *. (Esteves, C) (Entered: 01/09/2008) |

| PACER Service Center |
|---|
| Transaction Receipt |
|  |

| 01/14/2008 11:09:20 | | | |
|---|---|---|---|
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-01898-AWI-DLB |
| Billable Pages: | 1 | Cost: | 0.08 |