Notman, Jeremy - CDC# V-86091
Case # CV 08 0278
CSATF/Corcoran II, G2B-241L
P.O. Box 5248
Corcoran, CA. 93212

01-22-08

Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102

Clerk of the Court:
I am writing you in response to a notice I received today from the court. Said notice informed me that I am being asked to file an <u>In Forma Pauperis</u> at this time. I am curious as to what happened to the one I did file, along with my petition for writ of Habeas Corpus, sent and logged here at the prison to be mailed altogether and delivered to the Eastern District Court? Also, I do not understand the reason for a transfer of district on my petition as per the proceedure described in the prison law library, I filed in the correct district, the district I reside in. I have been incarcerated for several years here, now.

The application for In Forma Pauperis should have been forwarded to your district along with all attachments and my petition. If this is not the case, please refer back to the transfering agency for the remainder of the documents I sent them. It is very difficult to get the certification to go along with one of those applications from this institution in any kind of timely manner, so your assistance in obtaining the documents that I already sent the Courts is much appreciated. Perhaps you might send me a copy of what the Eastern District did send you, so that I may confirm whether all is still in order. Thankyou for your time and assistance.

Sincerely,

Jeremy Notman
Inmate, Corcoran II State Prison

Notman, Jeremy-V86091
CSATF/G2B-241L
P.O. Box 5248
Corcoran, CA. 93212

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004331204
$ 00.41⁰
JAN 23 2008
MAILED FROM ZIP CODE 93212

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102

-Legal Mail-

-Legal Mail-

94102+3661 C004