FILED

08 JAN 28 PM 1:03

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Jeremy Notman                          )
                      Plaintiff,       )   CASE NO. CV 08 0278
    vs.                                )
                                       )   PRISONER'S
                                       )   APPLICATION TO PROCEED
People of the                          )   IN FORMA PAUPERIS
State of California   Defendant.       )
_____)

I, Jeremy Notman, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.   (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____3 years ago, was a college student;_____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                Yes ___  No ✓
10           self employment
11      b.   Income from stocks, bonds,             Yes ___  No ✓
12           or royalties?
13      c.   Rent payments?                         Yes ___  No ✓
14      d.   Pensions, annuities, or                Yes ___  No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,     Yes ___  No ✓
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                           Yes ___  No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

```
 1        b.      List the persons other than your spouse who are dependent upon you for
 2                support and indicate how much you contribute toward their support. (NOTE:
 3                For minor children, list only their initials and ages. DO NOT INCLUDE
 4                THEIR NAMES.).
 5        _____
 6        _____
 7   5.   Do you own or are you buying a home?         Yes ____ No __✓__
 8   Estimated Market Value: $_____  Amount of Mortgage: $_____
 9   6.   Do you own an automobile?                    Yes ____ No __✓__
10   Make _____ Year _____ Model _____
11   Is it financed? Yes _____ No __✓__ If so, Total due: $ _____
12   Monthly Payment: $ _____
13   7.   Do you have a bank account?  Yes ____ No __✓__ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15   _____
16   Present balance(s): $ _____
17   Do you own any cash? Yes ____ No __✓__ Amount: $ _____
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.)  Yes ____ No __✓__
20   _____
21   8.   What are your monthly expenses?
22   Rent: $ _____  Utilities: _____
23   Food: $ _____  Clothing: _____
24   Charge Accounts:
25   Name of Account          Monthly Payment          Total Owed on This Acct.
26   _____       $ _____     $ _____
27   _____       $ _____     $ _____
28   _____       $ _____     $ _____
```

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 3 -

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____
4  _____
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ___ No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  1/24/08                              _____[signature]_____
17    DATE                                  SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

1
2                                        Case Number: __CV 08 0278__
3
4
5
6
7
8                        **CERTIFICATE OF FUNDS**
9                                     **IN**
10                       **PRISONER'S ACCOUNT**
11
12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of __Jeremy Norman__ for the last six months
                                           [prisoner name]
14   __California Substance Abuse Treatment Facility__ where (s)he is confined.
            [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ __Ø__ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $ __Ø__.
18
19   Dated: __1-24-08__                              _____
                                                     [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

```
                CALIFORNIA DEPARTMENT OF CORRECTIONS
                        SATF/SP AT CORCORAN
                    INMATE TRUST ACCOUNTING SYSTEM
                    INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: JUN. 01, 2007 THRU JAN. 07, 2008
```

ACCOUNT NUMBER : V86091                BED/CELL NUMBER: FG02T2000000241L
ACCOUNT NAME   : NOTMAN, JEREMY        ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                         TRUST ACCOUNT ACTIVITY

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                         TRUST ACCOUNT SUMMARY

| BEGINNING | TOTAL | TOTAL | CURRENT | HOLDS | TRANSACTIONS |
| BALANCE | DEPOSITS | WITHDRAWALS | BALANCE | BALANCE | TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                             ---------
                                               0.00



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ___I Colwell___  1-7-08
           TRUST OFFICE

| STATE OF CALIFORNIA GA-22 (9/92) | | **INMATE REQUEST FOR INTERVIEW** | | DEPARTMENT OF CORRECTIONS | |
|---|---|---|---|---|---|
| DATE 12/11/07 | TO Trust Office | | FROM (LAST NAME) Notman | | CDC NUMBER V86291 |
| HOUSING G2B | BED NUMBER 241L | WORK ASSIGNMENT (AM) S.A.P. (PM) Vocation | | JOB NUMBER FROM | TO |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | | ASSIGNMENT HOURS FROM | TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Requesting to be provided with A Certified Copy of a (6) six-month trust Account Activity Print-out, please. This is needed in order for me to File Legal Forms as an indigent inmate. Thankyou

INTERVIEWED BY: T Colwell     DATE: 1-7-08

DISPOSITION: 2007 DEC

COPY

