Clerk of the Court
U.S. District Court
Northern District

4/28/08

FILED
MAY -5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

R.E.: CV08-00278 CW (PR)
Jeremy Notman — Petitioner

This letter is to inform the court of an address change and to ask if there is a proper form needed to do this. My new/current address is 1303 11th Street, Eureka, CA. 95501, this is Humboldt Recovery Center, a drug & alcohol treatment center. Thankyou for your time and assistance.

Sincerely

Jeremy Notman
CDC# V86891

Jeremy Notman
1383 11th Street
Eureka, CA. 95501

EUREKA CA 955
30 APR 2008 PM 1 L

9461235217

Office of the Clerk
U.S. District Court
Northern District of
California
1301 Clay St., Suite 400S
Oakland, CA. 94612-5212